UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:22CR72 |
| vs. | **SECOND SUPERSEDING BILL OF INDICTMENT** |
| 1) TIMOTHY MICHAEL DEVER, a/k/a timothy-michael: de vere | Violations:<br>18 U.S.C. § 875(c)<br>18 U.S.C. § 1201(c)<br>18 U.S.C. § 2 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>**COUNTS ONE through FIFTY-SEVEN**</u>
**18 U.S.C. § 875(c)**
**(Interstate Threatening Communications)**

On or about the dates set forth in the table below, in Haywood County, within the Western District of North Carolina, and elsewhere, the defendant

### 1) TIMOTHY MICHAEL DEVER

knowingly and willfully did transmit, in interstate and foreign commerce, communications, those being so-called "Writs of Execution" sent by fax and other means, containing threats to kidnap the persons referenced in the table below, and did aid and abet **DARRIS GIBSON MOODY, DEE THOMAS MURPHY**, and others known and unknown to the Grand Jury in so doing.

The defendant transmitted and aided and abetted the transmission of the communications for the purpose of issuing the threats, and with knowledge that the communications would be viewed as threats.

| COUNTS | OFFENSE DATES | VICTIMS' INITIALS |
|---|---|---|
| ONE | 6/24/2022 | GC |
| TWO | 6/25/2022 | JH |
| THREE | 6/27/2022 | SM |
| FOUR | 6/27/2022 | GC |
| FIVE | 7/2/2022 | JWK |
| SIX | 7/3/2022 | WHG |
| SEVEN | 7/3/2022 | ADB |
| EIGHT | 7/3/2022 | KHC |
| NINE | 7/3/2022 | JDF |
| TEN | 7/3/2022 | CSS |
| ELEVEN | 7/3/2022 | JBF |
| TWELVE | 7/5/2022 | CHD |
| THIRTEEN | 7/10/2022 | DAS |
| FOURTEEN | 7/10/2022 | JMB |
| FIFTEEN | 7/10/2022 | RDF |
| SIXTEEN | 7/10/2022 | DMD |
| SEVENTEEN | 7/11/2022 | LD |
| EIGHTEEN | 7/14/2022 | DFF |
| NINETEEN | 7/14/2022 | AW |
| TWENTY | 7/16/2022 | LDH |
| TWENTY-ONE | 7/16/2022 | ZLS |
| TWENTY-TWO | 7/16/2022 | PS |
| TWENTY-THREE | 7/16/2022 | DAB |
| TWENTY-FOUR | 7/16/2022 | RDC |
| TWENTY-FIVE | 7/16/2022 | RER |
| TWENTY-SIX | 7/16/2022 | SDK |
| TWENTY-SEVEN | 7/16/2022 | LHN |
| TWENTY-EIGHT | 7/16/2022 | JMR |
| TWENTY-NINE | 7/16/2022 | CHF |
| THIRTY | 7/16/2022 | JHF |
| THIRTY-ONE | 7/17/2022 | RW |
| THIRTY-TWO | 7/17/2022 | KW |
| THIRTY-THREE | 7/17/2022 | AMB |
| THIRTY-FOUR | 7/17/2022 | JG |
| THIRTY-FIVE | 7/17/2022 | DEM |
| THIRTY-SIX | 7/17/2022 | TLB |
| THIRTY-SEVEN | 7/17/2022 | EEM |

| | | |
|---|---|---|
| THIRTY-EIGHT | 7/17/2022 | LHS |
| THIRTY-NINE | 7/17/2022 | QM |
| FORTY | 7/21/2022 | PN |
| FORTY-ONE | 7/21/2022 | SE |
| FORTY-TWO | 7/21/2022 | RH |
| FORTY-THREE | 7/21/2022 | ASE |
| FORTY-FOUR | 7/25/2022 | CMV |
| FORTY-FIVE | 7/25/2022 | KYBS |
| FORTY-SIX | 7/25/2022 | GCB |
| FORTY-SEVEN | 7/25/2022 | TH |
| FORTY-EIGHT | 7/25/2022 | LCB |
| FORTY-NINE | 7/30/2022 | RM |
| FIFTY | 7/30/2022 | KEW |
| FIFTY-ONE | 7/30/2022 | CNA |
| FIFTY-TWO | 7/30/2022 | LAT |
| FIFTY-THREE | 7/30/2022 | AFB |
| FIFTY-FOUR | 7/30/2022 | LAB |
| FIFTY-FIVE | 7/30/2022 | AMC |
| FIFTY-SIX | 8/7/2022 | TNS |
| FIFTY-SEVEN | 8/7/2022 | RFJ |

All in violation of Title 18, United States Code, Sections 875(c) and 2.

# COUNT FIFTY-EIGHT
# 18 U.S.C. § 1201(c)
# (Conspiracy to Commit Kidnapping)

Beginning on a date unknown to the Grand Jury, but at least as early as April 2022, and continuing until on or about September 7, 2022, in Haywood County, within the Western District of North Carolina, and elsewhere, the defendant

## 1) TIMOTHY MICHAEL DEVER

did conspire, confederate, and agree with **DARRIS GIBSON MOODY, DEE THOMAS MURPHY**, and one or more other persons, both known and unknown to the Grand Jury, to unlawfully kidnap, seize, confine, inveigle, decoy, abduct, and carry away other persons, and hold them for ransom, reward, and otherwise; and, in committing and in furtherance of the commission of the offense,

   a. to transport them in interstate and foreign commerce,

   b. and to use any means, facility, and instrumentality of interstate and foreign commerce, those being the internet, the cellular telephone network, automobiles, and the interstate highway system.

## Overt Acts

In furtherance of the kidnapping conspiracy, and to effect its object of holding those kidnapped for ransom, reward, and otherwise, **TIMOTHY MICHAEL DEVER**, and others both known and unknown to the Grand Jury, including **DARRIS GIBSON MOODY** and **DEE THOMAS MURPHY**, committed the following overt acts, among others:

1. Identified and conducted research, online and elsewhere, of the names, professional titles, phone numbers, and addresses of potential targets for kidnapping, including those victims referenced in Counts One through Fifty-Seven in this Bill of Indictment.

2. Downloaded, filled out, produced, and completed so-called "Writs of Execution," documents alleging that the recipients had been convicted of crimes and were subject to citizen's arrest, and offering financial rewards to anyone conducting these citizen's arrests.

3. Delivered these so-called "Writs of Execution," by fax and other means, to the victims, including those referenced in Counts One through Fifty-Seven in this Bill of Indictment.

4. Posted the personal identifying information of the victims, including those referenced in Counts One through Fifty-Seven in this Bill of Indictment, to a publicly accessible website to indicate that they had been served with the so-called "Writs of Execution" and to identify them as targets for kidnapping by co-conspirators and others.

5. Created, hosted, maintained, and posted information and commentary to a website promoting the conspiracy that contained documents, videos, instructions, discussion forums, and other materials for the co-conspirators, and others, to assist them with carrying out the object of the conspiracy.

All in violation of Title 18, United States Code, Section 1201(c).

A TRUE BILL



GRAND JURY FOREPERSON


DENA J. KING
UNITED STATES ATTORNEY

DON GAST
ASSISTANT UNITED STATES ATTORNEY


DAVID THORNELOE
ASSISTANT UNITED STATES ATTORNEY