# EXHIBIT A



Elected Official and Responsible Corporate Officer,

The people being the last line of defense to our unalienable rights and the protection of our land, air and water have been forced to take a stand and provide New guards as The Declaration of Independence makes clear is our duty. The PBI is one of many New guards.

You are an elected official and a responsible corporate officer. You have been convicted of multiple crimes against humanity by a high court on the land and on the sea. You have been convicted by the Environmental Court, a court created by an act of congress assembled October 18th, 1972 and commissioned of, for and by the people in 2013.

Please see the attached Writ of Execution and A Resolution By An Elected Official that must be signed and returned in order for the tribunal to consider any measure of leniency regarding sentencing for your crimes against humanity.

Your current position as a responsible corporate officer of a CORPORATION makes you an enemy of the people by default. You are knowingly or unknowingly engaged in overt acts of war and warring against the people. Neither you or the de facto system that you represent have jurisdiction or standing at law. Your so-called jurisdiction was founded on fraud. Our government has been occupied by foreign agents of the BAR, enemies of the people now for over two hundred years. The BAR attempted to hide this knowledge from the people and failed.

America currently has approximately 175 BAR attorneys in the U.S. congress. Bar attorneys are British Accredited Registered agents, often referred to as Esquires. An Esquire is a title of nobility. They are also referred to as Bank Authorized Representatives. BAR agents are beholden to the CROWN CORP. BAR agents currently operating within all levels of government shall be abrogated.

Bar agents consistently come against the judiciary act of 1789 that was reaffirmed in 1948 under U.S.C 1654. The people have a right to represent themselves. The people were supposed to be educated regarding their rights and common law. The BAR eliminated what should have been common knowledge. BAR agents have unlawfully monopolized and weaponized the unlawful, legal system against the people. According to the original Article Thirteen in The Bill of Rights anyone with a title of nobility, an Esquire/BAR attorney, can not operate within our governments. The war of 1812 involved book burnings and an attempt to eliminate and hide Article XIII. The United States Constitution title of nobility clause makes it clear that agents of the BAR are the enemy of the people.

Bill of Rights Article XIII; "If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of Congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them."

US Constitution Article 1, section 9, clause 8, "No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State."

The Republic was largely taken over, sidelined and sacrificed by the corporate rulers by way of Esquires. The People of the Republic will no longer allow persons with a title of nobility to operate within our government. The law and our founding documents speak for themselves. The Republic is alive and well.

Your ignorance of the law regarding your responsibility to provide the people with clean tap water is inexcusable. You must sign The Resolution By An Elected Official and return the original to the processing center. You must get your affairs in order and be prepared to plead for mercy before the tribunal.

Sincerely,

*One of the people*

# Environmental District Court
## For the Environmental District of the United States
Authority: "People vs. Fauci et. al." Case # ENC 20210813
### Registered Mail #:

**Ex Parte Petition for:**
**UNIFORM WRIT OF EXECUTION**
**NOTICE OF CRIMINAL CONVICTION**
**DEMAND FOR SETTLEMENT OF PENALTIES**
**CITIZENS ARREST-NO WARRANT REQUIRED**

Date: June 24, 2022

Person's Name: Gregory Douglas Christopher     SS#: ***-**-074    Birth date: 09/1956

Responsible Corporate Officer's Work Address: 1620 Brown Avenue

City: Waynesville    , State: North Carolina    , Federal Zone: 28786

Responsible Corporate Officer's Home Address: 517 Love Joy Road, Canton, North Carolina 28716

This Ex Parte Petition by the fellow citizens of The United States of America who suffer imminent/instant personal-injury caused by unlawful discharges of chemical and biological warfare agents by the United States corporations, their States and political subdivisions and interstate bodies for failure to adopt and enforce the strictest standards and effluent limitations, an unlawful act since July 1, 1973, pursuant to 33 § 1365 (f), causing breaches of the peace, breaches of Duty of Care under International law, and acts injurious to human health as defined under 33 § 1342 (k) and death. The felony violations by responsible corporate officers are overt acts of "crimes against humanity."

Public Health and General Welfare – International Admiralty Maritime Law, Title 33 § 1251 et seq. Lawful Cause of Action is provided under section 1365(f) – Arrestable offenses for persons provided under 1319(c).

VACCINE – Unlawful discharge of pollutants in the form of chemical and biological warfare agents, as defined under 1311(f), into a human body of living water is an unlawful act committed by above responsible corporate officer in violation of section 1311(a) is a criminal violation as defined under section 1319(c)(3)(A).

__1__ Count(s) of Criminal violation of unlawful discharge of warfare agents into a human body of water.

5G – Unlawful discharge of pollutants in the form of radiological warfare agents as defined under 1311(f) into a human body of living water is an unlawful act committed by above responsible corporate officer in violation of 1311(a) is a criminal violation as defined under 1319(c)(3)(A) and is subject to this Writ of Execution for:

__1__ Count(s) of Criminal violation of unlawful discharge of warfare agents into a human body of water.

GMO/GLYPHOSATE/CANOLA OIL – Constitute an unlawful discharge of toxic pollutants in the form of chemical and biological warfare agents as defined under 1311(f) into a human body of living water is an unlawful act committed by above responsible corporate officer in violation of 1311(a) is a criminal violation as defined under 1319(c)(3)(A) and is subject to this Writ of Execution for:

__1__ Count(s) of Criminal violation of unlawful discharge of warfare agents into a human's food supply.

Not even the President can exempt compliance with sections 1316 and 1317 as affirmed under section 1323.

The below defined unlawful acts have been unlawfully occurring since July 1, 1973. The above-defined responsible corporate officer is charged criminal penalties as provided for under 1319(c)(3)(A) for each of the following:

__2__ Count(s) of Criminal violation for unlawful discharge of chemical & biological warfare agents, section 1311(a), and 1311(f); (1 count at the address above and 1 count at their individual home source of discharge)

__2__ Count(s) of Criminal violation of national standard of performance to eliminate discharges, section 1316(a), and 1316(e); (1 count at the address above and 1 count at their individual home source of discharge)

__2__ Count(s) of Criminal violation of prohibition, effluent standard and pretreatment standards, section 1317(b), and 1317(d). (1 count at the address above and 1 count at their individual home source of discharge)

Point of Law – Your silence is accepted as qui non negat, fatetur, your admission to all claims against you. Silence equates to your agreement, your consent. WHAT TO DO - PROVIDED IN THE INSTRUCTION.

**IMPORTANT – READ CAREFULLY**

On September 27th, 2013, a 25-member Independent Grand Jury of the people returned a unanimous True Bill Indictment against all 'responsible corporate officers' who were convicted of criminal felony violation(s) of a strict liability of environmental law as defined under Title 33USC1319(c)(3)(A), to wit:

> Title 33USC1319(c) Criminal penalties, (3)Knowing endangerment, (A)General rule
> Any person who knowingly violates section 1311, ... 1316, 1317, ... of this title, ..., and who knows at that time that he thereby places another person in imminent danger of death or serious bodily injury, shall, upon conviction, be subject to a fine of not more than $250,000 or imprisonment of not more than 15 years, or both.

The class and category of persons criminally liability is 'responsible corporate officers' to wit:

> Title 33USC1319(c) Criminal penalties
> (6)Responsible corporate officer as "person"
> For the purpose of this subsection, the term "person" means, in addition to the definition contained in section 1362(5) of this title, any responsible corporate officer.

All crimes are defined as crimes against humanity, war crimes, genocide, and traitorous treason committed by the above defined responsible corporate officer who is acting and operating with knowing intent to murder the people by toxic pollution, poisoning of water, body, mind, soul and spirit.

Felony conviction disqualifies any person from holding public office. All benefits shall be stripped.

These crimes justify a criminal penalty of $250,000.00 and or 15 years in prison per violation. In International, Military, and Constitutional Law, overt acts of Treason call for the penalty of death.

If the Resolution to Adopt and Enforce Environmental Law "Public Law 92-500 FEDERAL WATER POLLUTION CONTROL ACT AMENDMENTS OF 1972, Ratified by Act of Congress Assembled on October 18th, 1972, Sec. 2. Federal Water Pollution Control Act, Sections 301(33USC1311), 306(33USC1316), and 307(33USC1317)," has not be received by the Arrest Reward Processing Center, care of P.O. Box 1514, Kingsland, Texas 78639 within 30 days of the Registered Mail Receipt date, the Environmental Court shall proceed to issue an order to arrest and to seize of all assets and real estate(s) of the above-defined responsible corporate officer operating at the above-defined address and within the above-defined federal zone.

In the interest of enforcement as provided for under Article VIII of the Articles of Confederation, the Court shall further authorize the Uniform Citizens Arrest Award of $10,000.00 per person, and $20,000.00 per member of the BAR ASSOCIATIONS operating in government corporations as a responsible corporate officer as defined under Section 309(33USC1319)(c) Criminal Penalties.

The Court shall authorize the Arrest Reward be paid upon presentment of the booking documents, payable to any citizen or citizens without warrant Section 311(33USC1321)(m), 312(33USC1322)(l).

**UNIFORM CITIZEN'S ARREST AUTHORITY TO BE DECREED BY THE COURT**
  Any person may arrest without warrant anyone who is, or whom he, with reasonable cause, suspects to be, in the act of committing an arrestable offence; and
  Where an arrestable offence has been committed, any person may arrest without warrant anyone who is, or whom he, with reasonable cause, suspects to be guilty of the offence; and
  A person may use such force as is reasonable in the circumstances in the prevention of crime, or in effecting or assisting in the lawful arrest of offenders or suspected offenders or of persons unlawfully discharging pollutants; and
  Arrest without warrant: other person: A person other than a constable may arrest without warrant- (a)anyone who is in the act of committing an indictable offence; (b)anyone whom he has reasonable grounds for suspecting to be committing an indictable offence; and
  Where an indictable offense has been committed, a person other than a constable may arrest without warrant- (a)anyone who is guilty of the offense; (b)anyone whom he has reasonable grounds for suspecting to be guilty of it.

**UNIFORM CITIZEN'S ARREST REWARD TO BE ORDERED BY THE COURT**
The Preamble of the Constitution ordains the authority, and The Articles of Confederation for The United States of America, Article VIII, authorized the common treasury to cover all costs of enforcement of law.

Title 33USC1365 confirms all citizens of all citizenships are authorized to administer suits and enforcement of environmental law. Environmental law is the law of the people to be complied with by all responsible corporate officers, and even more so, those responsible corporate officers operating in government positions of authority.

The court shall authorize the Arrest Reward be paid upon the arresting citizen or citizens presentment of documents confirming the successful booking of the convict(s) to the Arrest Reward Processing Center address care of P.O. Box 1514, Kingsland Texas 78639.

By: The people of The United States of America

ORIGINAL – Arrest Reward Processing Center COPY – Petitioner COPY – Responsible Corporate Officer

# Waynesville

EWG's drinking water quality report shows results of tests conducted by the water utility and provided to the Environmental Working Group by the North Carolina Department of Environment and Natural Resources, as well as information from the U.S. EPA Enforcement and Compliance History database (ECHO). For the latest quarter assessed by the U.S. EPA (January 2021 - March 2021), **tap water provided by this water utility was in compliance with federal health-based drinking water standards.**

## Utility Details

Waynesville, North Carolina

**Serves:** 16,347

**Data available:** 2013-2019\*

**Source:** Surface water

\* 2013 testing is for chemicals in EPA's Third Unregulated Contaminant Monitoring Rule (UCMR-3) only.

# Contaminants Detected



**7 EXCEED EWG HEALTH GUIDELINES**

## 17 Total Contaminants

- Legal does not necessarily equal safe. Getting a

passing grade from the federal government does not mean the water meets the latest health guidelines.
- Legal limits for contaminants in tap water have not been updated in almost 20 years.
- The best way to ensure clean tap water is to keep pollution out of source water in the first place.

## What To Do

## EWG Health Guidelines fill the gap in outdated government standards.

United States

email@email.com

## Contaminants Detected

VIEW: **EXCEED GUIDELINES**    OTHER DETECTED

### Bromodichloromethane
Potential Effect: cancer

**37x**
EWG'S HEALTH GUIDELINE

| | |
|---|---|
| THIS UTILITY | 2.24 ppb |
| EWG HEALTH GUIDELINE | 0.06 ppb |
| NO LEGAL LIMIT | |

### Chloroform
Potential Effect: cancer

**69x**
EWG'S HEALTH GUIDELINE

| | |
|---|---|
| THIS UTILITY | 27.6 ppb |
| EWG HEALTH GUIDELINE | 0.4 ppb |
| NO LEGAL LIMIT | |

### Dichloroacetic acid
Potential Effect: cancer

**41x**
EWG'S HEALTH GUIDELINE

| | |
|---|---|
| THIS UTILITY | 8.24 ppb |
| EWG HEALTH GUIDELINE | 0.2 ppb |
| NO LEGAL LIMIT | |

### Haloacetic acids (HAA5)†
Potential Effect: cancer

**194x**
EWG'S HEALTH GUIDELINE

| | |
|---|---|
| THIS UTILITY | 19.4 ppb |
| EWG HEALTH GUIDELINE | 0.1 ppb |
| LEGAL LIMIT | 60 ppb |

### Haloacetic acids (HAA9)†
Potential Effect: cancer

**378x**
EWG'S HEALTH GUIDELINE

| | |
|---|---|
| THIS UTILITY | 22.7 ppb |
| EWG HEALTH GUIDELINE | 0.06 ppb |
| NO LEGAL LIMIT | |

### Total trihalomethanes (TTHMs)†
Potential Effect: cancer

**200x**
EWG'S HEALTH GUIDELINE

| | |
|---|---|
| THIS UTILITY | 30.1 ppb |
| EWG HEALTH GUIDELINE | 0.15 ppb |
| LEGAL LIMIT | 80 ppb |

**Trichloroacetic acid**
Potential Effect: cancer

# 114x
EWG'S HEALTH GUIDELINE

THIS UTILITY              11.4 ppb
EWG HEALTH GUIDELINE       0.1 ppb
NO LEGAL LIMIT

Includes chemicals detected in 2017-2019 for which annual utility averages exceeded an EWG-selected health guideline established by a federal or state public health authority; chemicals detected under the EPA's Unregulated Contaminant Monitoring Rule (UCMR 4) program in 2017 to 2020 (and subsequent testing when available), for which annual utility averages exceeded a health guideline established by a federal or state public health authority.

† HAA5 is a contaminant group that includes monochloroacetic acid, dichloroacetic acid, trichloroacetic acid, monobromoacetic acid and dibromoacetic acid. HAA9 is a contaminant group that includes the chemicals in HAA5 and bromochloroacetic acid, bromodichloroacetic acid, chlorodibromoacetic acid and tribromoacetic acid. TTHM is a contaminant group that includes bromodichloromethane, bromoform, chloroform and dibromochloromethane.

## Other Contaminants Tested

Waynesville compliance with legally mandated federal standards:

From April 2019 to March 2021, Waynesville complied with health-based drinking water standards.

Information in this section on Waynesville comes from the U.S. EPA Enforcement and Compliance History Online database (ECHO).

## Water Filters That Can Reduce Contaminant Levels

| Contaminant | Activated Carbon | Reverse Osmosis | Ion Exchange |
|---|---|---|---|
| Bromodichloromethane | ✓ | ✓ | |
| Chloroform | ✓ | ✓ | |
| Dichloroacetic acid | ✓ | ✓ | |
| Haloacetic acids (HAA5) | ✓ | ✓ | |
| Haloacetic acids (HAA9) | ✓ | ✓ | |
| Total trihalomethanes (TTHMs) | ✓ | ✓ | |
| Trichloroacetic acid | ✓ | ✓ | |
| Chromium (hexavalent) | | ✓ | ✓ |
| Chromium (total) | | ✓ | ✓ |
| Dibromoacetic acid | ✓ | ✓ | |
| Fluoride | | ✓ | |
| Manganese | | | ✓ |
| Monobromoacetic acid | ✓ | ✓ | |
| Monochloroacetic acid | ✓ | ✓ | |
| Nitrate | | ✓ | ✓ |
| Nitrate & nitrite | | ✓ | ✓ |
| Strontium | | ✓ | ✓ |

## Take Action

### Contact Your Local Official

### Filter Out Contaminants

# The United States of America
## Notice by: ELECTED OFFICIAL
Notice to Principal is Notice to Agent; Notice to Agent is Notice to Principal.

### A Resolution
### By An
### Elected Official

## "To all Persons, be it known by these Presents that:

I, _____, an Elected Official of

(state/county/municipality) _____,

having business address of: _____

(city) _____ (state) _____ (zip) _____,

according to my duty of an Elected Official (herein after a 'responsible corporate officer'), hereby by my hand and seal, do resolve to adopt and enforce, to wit:

**THAT, on July 11, 2013,** the people of The United States of America republic as defined in the Articles of Confederation of A. D. 1777, the first-union and source of all powers, and as contemplated in the Preamble of the organic Constitution for the United States of America and Supreme Law of the Land, Article VI, gave **Notice** to all members of the Roman Curia, aka DEEP STATE, of the commissioning of the Environmental Court, a high court independent and separate from [without] the courts of the United States. The Environmental Court is court of record proceeding according to the federal and international common law. The Environmental Court was commissioned by the people pursuant to the law of necessity in answer to the Apostolic Letter of July 11, 2013, issued *motu proprio* of the Supreme Pontiff, FRANCIS, on the Jurisdiction of Judicial Authorities of Vatican City State in Criminal Matters involving persons deemed members, officials and personnel of the various organs of the Roman Curia and Institutions and members connected to it. The Environmental Court is a transnational "high court authority" having original and final jurisdiction over all environmental matters constituting heinous crimes of violence and war crimes being committed against the people; acts of genocide and environmental terrorism; secretly unlawfully discharging listed and unlisted chemical and biological and radiological warfare agents by poisoned weapons of mass destruction, said being operated by the corporate members of said Roman Curia; transnational criminal organizations committing environmental crimes against the body Sovereigns and their God-ordained Liberty, the peoples' unalienable Right to Clean Water, Clean Food, Clean Air, Clean Governments, and Clean Earth. The Environmental Court was established by a two-thirds majority vote by the 92nd Congress to override the President Richard Nixon Vito, October 18th, 1972, Sec. 2, 7 & 9 of Public Law 92-500 Federal Water Pollution Control Act Amendments of 1972, 86 Stat., 816; and in accordance with the Congressional Mandates in The Preamble to The Constitution For The United States of America, and its original Thirteen Articles (ratified March 10, A. D. 1819) of The Bill of Rights Amendment, and pursuant to the Supreme Power of the America nationals, respectively the people, to wit:

"The people have rights retained which were not made available to their government authorities, of whom all powers originate from the people." ~ Article Nine

"The powers not delegated to the United States [government] by the Constitution, nor prohibited by it to the States, are reserved to the states respectively, or to the people." ~ Article Ten

Page 1 of 4

## "Be it resolved

pursuant to the powers of the people retained and the fellow citizens' unalienable God-given liberties and authority pursuant to God's Word, Genesis 1:26, and Matthew 5:33, affirmed by Public Law 97-280, and the Constitution for The United States of America, A. D. 1787, Article Three, and by all citizens of all citizenships are authorized to serve the writs of the Environmental Court, Federal Rules of Civil Procedure, Rule 4.1. and as further authorized under 33USC1365.

It is further resolved that the Responsible Corporate Officer shall assist the citizens of all citizenships in the service of all Environmental 'District' Court writs. The person of Responsible Corporate Officer acknowledges the Environmental District Court shall prosecute crimes against humanity, transnational offenses committed against Nature's Law, the [International] Law of Nations, the International Law of The Duty of Care, and the Rule of Law. The International Environmental Court shall Order, Adjudicate, and Decree justice upon offenders' egregious obstructions in the administration of environmental justice, and who are knowingly operating in violation of the congressional mandates of Public Law 92-500 Federal Water Pollution Control Act Amendments of 1972, Sec. 2 Federal Water Pollution Control Act, and more specifically, as codified under the family of International Admiralty Maritime Law, Title 33 § 1319 Enforcement, and as provided for under § 1365 Citizen suits.

It is further resolved that the non-discretionary duties of the person of the Responsible Corporate Officer include:

- To execute and return the processes and orders of any court established by act of congress assembled, and of officers of competent authority to include private attorneys general, Marshals of the Environmental Court and their deputies, and to assist same in the execution of the writs of the Environmental Court as authorized under Title 28 § 1651.

- To exercise the same duties, powers, and arrest authority within municipalities which such officer exercises in the unincorporated areas of counties, pursuant to the duty of the Responsible Corporate Officer, shall assist the Environmental Marshals Service to execute all lawful writs, process, and orders issued under the authority of the Constitution for The United States of America, and shall command all necessary assistance to execute its duties.

## A Proclamation of a Constitutional Public Health and Welfare Crisis Justifying a National and International Emergency

### EMERGENCY RESOLUTION TO ADOPT, PROMULGATE AND ENFORCE UNIFORM WATER QUALITY STANDARDS OF THE PUBLIC LAW 92-500 FEDERAL WATER POLLUTION CONTROL ACT AMENDMENTS OF 1972

"In accordance with the mandatory requirements of the Constitution for The United States of America, 1787, as contemplated in the Preamble of the Constitution, "to promote the general welfare" of the people of The United States of America, and further pursuant to the Law of the Land as authorized pursuant to Article VI of said Constitution for The United States of America, and further the "Strict Liability Statutes" as ratified by the 92nd United States Congress Assembled, October 18, 1972, Public Law 92-500 FEDERAL WATER POLLUTION CONTROL AMENDMENTS OF 1972, 86 Stat., 816, October 18, 1972, codified under and International Admiralty Maritime Law, Title 33. NAVIGATION AND NAVIGABLE WATERS, Chapter 26. WATER POLLUTION PREVENTION AND CONTROL, Section 1251 Congressional declaration of goals and policy, and further as authorized pursuant to Title 42, Chapter 103, Subchapter I § 9605. National Contingency Plan, and pursuant to my duty to humanity and in the interest of the public health and welfare of the American people, do hereby jointly execute this resolution to adopt, promulgate and enforce the most strict water quality standards as mandated and for the emergency preservation of our multi-media resources such as, but not limited to, State's waters, water quality and aquatic life and for the mitigation of unlawful human origin toxic pollutant discharges ("Uniform Water Quality Standards").

### WITNESSETH:

WHEREAS Responsible Corporate Officer, pursuant to the herein defined authority granted them pursuant to their Oaths to the Constitution, and the duties of the Responsible Corporate Officer, do hereby commit to adopt and enforce the herein defined Uniform Water Quality Standards pursuant to the duties of my authority as congressionally mandated by Congress Assembled, United States Code Title 33 Chapter 26 § 1370 that states:

§ 1370. State authority

Page 2 of 4

*Except as expressly provided in this chapter, nothing in this chapter shall*
*(1) preclude or deny the right of any **State or political subdivision thereof or interstate agency to adopt or enforce** (A) any standard or limitation respecting discharges of pollutants, or (B) any requirement respecting control or abatement of pollution; except that if an effluent limitation, or other limitation, effluent standard, prohibition, pretreatment standard, or standard of performance is in effect under this chapter, such State or political subdivision or interstate agency **may not adopt or enforce any effluent limitation**, or other limitation, effluent standard, prohibition, pretreatment standard, or standard of performance which is **less stringent** than the effluent limitation, or other limitation, effluent standard, prohibition, pretreatment standard, or standard of performance under this chapter; or (2) be construed as impairing or in any manner affecting any right or jurisdiction of the States with respect to the waters (including boundary waters) of such States; and*

WHEREAS Responsible Corporate Officer, effective July 1, 1973 under United States Code Title 33 Chapter 26 § 1365(f), acknowledges and resolve they have a nondiscretionary strict liability and duty of care under such authority and right to adopt and enforce the most strict effluent standard or effluent limitation respecting discharges of multi-media pollutants and to adopt and enforce any requirement respecting control and abatement of all at-source pollution throughout the environmental district of the United States, and most specifically, the above-defined County within the above-defined State within the United States; and,

WHEREAS Responsible Corporate Officer declares it an unlawful act under subsection (a) of United States Code Title 33 Chapter 26 § 1370 for "any State or political subdivision thereof or interstate agency" to not adopt and enforce "any standard or limitation respecting discharges of pollutants; and,

WHEREAS Responsible Corporate Officer declares it an unlawful act for any State or political subdivision thereon or interstate agency to not adopt and enforce the most strict effluent limitation or other limitation under United States Code Title 33 Chapter 26 §§ 1311(a); and,

WHEREAS Responsible Corporate Officer declares it an unlawful act for any State or political subdivision thereon or interstate agency to not adopt and enforce the most strict effluent limitation or other limitation under United States Code Title 33 Chapter 26 §§ 1311 and 1312; and,

WHEREAS Responsible Corporate Officer declares it an unlawful act for any State or political subdivision thereon or interstate agency to not adopt and enforce the most strict standard of performance under United States Code Title 33 Chapter 26 § 1316; and,

WHEREAS Responsible Corporate Officer declares it an unlawful act for any State or political subdivision thereon or interstate agency to not adopt and enforce the most strict prohibition, effluent standard or pretreatment standard under United States Code Title 33 Chapter 26 § 1317; and,

WHEREAS Responsible Corporate Officer declares it an unlawful act for any State or political subdivision thereon or interstate agency to not adopt and enforce a permit or condition thereof issued under United States Code Title 33 Chapter 26 § 1342; and,

WHEREAS Responsible Corporate Officer does hereby recognize <u>President Donald J. Trump's Uniform NPDES Standards of Performance – Uniform Effluent Limitation Guidelines – Uniform Categorical Pretreatment Standards & Uniform Water Quality Standards in effect under United States Code Title 42 Chapter 55 – National Environmental Policy Act, the United States Code Title 33 Chapter 26 – Water Pollution Prevention and Control and United States Code Title 42 – The Public Health and Welfare, Chapter 133 – Pollution Prevention</u>, as such most strict water quality standards, i.e. Uniform Water Quality Standards, providing the greatest degree of effluent limitation and other limitation, effluent standard, prohibition, pretreatment standard and standard of performance respecting discharges of multi-media human origin at-source pollutants in the interest of public health and welfare, the preservation of State's waters, water quality and aquatic life and for the mitigation of human origin toxic pollutant discharges into such State's waters and man-made, man-induced origin Greenhouse Gas emissions.

NOW, THEREFORE, the Responsible Corporate Officer, in accordance with authority vested in him/her by the people of The United States of America, the Republic, the Constitution For The United States, International Admiralty Maritime Law as defined under the United States Codes and in compliance with the requirements under God's Word, Nature's Law, Natural Law, International Law, Federal Common Law, State and Federal laws, and in the interest of the public's health, the general welfare and international security of our unalienable guaranteed Liberty, the peoples' Right to clean water, clean food, clean air, clean government, and clean earth, and as the caretaker of such resources and the aquatic life, the below defined Governing Authorities of The United States of America hereby declare their adoption, and their commitment to enforcement of <u>President Donald J. Trump's Uniform NPDES Standards of Performance – Uniform Effluent Limitation Guidelines – Uniform Categorical Pretreatment Standards & Uniform Water Quality Standards, a water quality standard more strict than the United States Environmental Protection Agency's National Drinking Water Standards and Regulations</u>, effective immediately.

IT IS HEREBY DECLARED by the Responsible Corporate Officer, pursuant to this resolution, that all authorities within the jurisdiction of the County and political subdivision and interstate bodies thereon, to include at a minimum the enforcement and judicial branches, public health agencies, environmental protection and permitting agencies, to include all building and planning, and public works departments of said State and political subdivision and interstate agencies, shall take the following emergency action pursuant to strict mandatory requirements as defined under United States Code Title 33 Chapter 26 § 1254, to require and assist implementation of President Donald J. Trump's Uniform NPDES Standards of Performance – Uniform Effluent Limitation Guidelines – Uniform Categorical Pretreatment Standards & Uniform Water Quality Standards, the new water quality standards established pursuant to the United States Congressional Declaration of Purpose defined under United States Code Title 33 Chapter 26 § 1281, as follows:

1. Every State and political subdivision and interstate body, as authorized under United States Code Title 33 Chapter 26 § 1319(a) State enforcement; compliance orders, and pursuant to requirements under United States Code Title 33 Chapter 26 § 1313, shall immediately promulgate, as full faith and credit, their adoption and commitment to the enforcement of the new Uniform Water Quality Standards by 1) all State Governors, 2) all Secretaries of State, 3) all State water pollution control agencies and 4) all States and interstate agencies of States bordering drinking water resources.

2. Every State and political subdivision and interstate agency, as expediently as practicable, shall enter into contracts with private agencies, institutions, organizations or individuals qualified to implement the new Uniform Water Quality Standards.

3. Every political subdivision and interstate agency operating within above-defined municipality and county agrees to immediately notify all septic tank manufactures within their respective jurisdictions to cease manufacturing of septic tanks and to begin producing tankage suitable for implementation of the best available demonstrated control technology that shall be specified by the brand name RECLAMATOR™, or equal, to meet and produce the new Uniform Water Quality Standards required at all sources of man-made, man-induced pollution as mandated by law.

IT IS FURTHER DIRECTED by the Responsible Corporate Officer, as expedient as practicable, that widespread publicity and notice be given of this Resolution to all governing county officials and to all officials of municipal political subdivisions, and all interstate corporate bodies, for their immediate adoption and commitment to enforce the new Uniform Water Quality Standards pursuant to the United States Code Title 33 Chapter 26 § 1370 – State Authority; or, be construed as impairing or in any manner affecting any right or jurisdiction of the States with respect to the waters (including boundary waters) of such States; and

THAT the Environmental Court is a 'District Court' of the people established by Act of the United States Congress Assembled on October 18th, 1972, Sec. 9, Public Law 92-500 FEDERAL WATER POLLUTION CONTROL ACT AMENDMENTS OF 1972, and as such, a court established by Act of Congress, "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law" as confirmed by The Judiciary Act of 1789, as amended and codified under United States Code Title 28 § 1651(a); and that The Environmental Court was commissioned by the Sovereign Body Politic of the people of The United States of America on July 11, 2013; and further that The international Environmental Court is a high court having original and final jurisdiction on all environmental matters."

IMMUNITY - Sec. 2., section 505(a) CITIZEN SUITS, assures that persons who take action to adopt and enforce this resolution in support of environmental justice to "promote the general welfare" for the common good of the people, qualify for a Conditional Immunity against retaliation by the DEEP STATE STAKE HOLDERS to the extent provided under the peoples' Bill of Rights Amendment, Article XI.

By Responsible Corporate Officer: _____

Jurat:

Subscribed and sworn to (or affirmed) before me on this _____ day of _____, 202__,

by _____, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(Seal)

Signature_____

*Upon execution of Resolution, send two (2) original copies to Processing Center, care of P.O. Box 1514, Kingsland, Texas 78639*

Page 4 of 4

# Environmental District Court
## For the Environmental District of the United States
Authority: "People vs. Fauci *et. al.*" Case # ENC 20210813
Registered Mail #:

```
=========================
Bond Number: IEC-20140804
Date of Filing: 08/16/2014, UCC-2014-
228-6792-3 is bonding this action.
=========================
```

**UNIFORM WRIT OF EXECUTION**
**NOTICE OF CRIMINAL CONVICTION**
**DEMAND FOR SETTLEMENT OF PENALTIES**
**CITIZENS ARREST-NO WARRANT REQUIRED**

Date: June 24, 2022

Person's Name: [REDACTED Gregory Douglas Christopher]    SS# ***-**-0747    Birth date [REDACTED]/1961

Responsible Corporate Officer's Work Address: [REDACTED 1620 Brown Avenue]

City: Waynesville    State: North Carolina    Federal Zone: 28786

Responsible Corporate Officer's Home Address: [REDACTED 517 Lovejoy Road, Canton, NC 28716]

This Uniform Criminal Writ of Execution has been lawfully served upon you by the fellow citizens of The United States of America who suffer imminent/instant personal injury caused by unlawful discharges of chemical and biological warfare agents by you, acting an 'responsible corporate officer' in association with a corporation and operating within The United States of America for your failure to adopt and enforce the strictest standards and effluent limitations, an unlawful act since July 1, 1973, pursuant to 33 § 1365 (f), causing breaches of the peace, breaches of the Duty of Care, committing heinous overt acts injurious to human health as defined under 33 § 1342 (k) causing death. These violations committed by responsible corporate officers since July 1, 1973 are construed as "crimes against humanity."

Point of Law - Your silence is accepted as qui non negat, fatetur, your admission to all claims against you. Silence equates to your agreement, your consent.

<u>Public Health and General Welfare – International Admiralty Maritime Law, Title 33 § 1251 et seq.</u>
Lawful Cause of Action comes under 1365(f) – Arrestable offenses for persons under 1319(c).

<u>VACCINE</u> – <u>Unlawful discharge of pollutants in the form of chemical and biological warfare agents, as</u> defined under 1311(f), into a human body of living water is an unlawful act committed by above responsible corporate officer in violation of section 1311(a) is a criminal violation as defined under section 1319(c)(3)(A) justifying the following counts:

___1___ Count(s) of <u>Criminal violation of unlawful discharge of warfare agents</u> into a human body of water.

<u>5G</u> – <u>Unlawful discharge of pollutants in the form of biological warfare agents</u> as defined under 1311(f) into a human body of living water is an unlawful act committed by responsible corporate officer in violation of 1311(a) is a criminal violation as defined under 1319(c)(3)(A) justifying the following counts:

___1___ Count(s) of <u>Criminal violation of unlawful discharge of warfare agents</u> into a human body of water.

<u>GMO/GLYPHOSATE/CANOLA OIL</u> – <u>Unlawful discharge of toxic pollutants in the form of chemical and biological warfare agents</u> as defined under 1311(f) into food products and then into a human body of living water is an unlawful act committed by responsible corporate officer in violation of 1311(a) is a criminal violation as defined under 1319(c)(3)(A) justifying the following counts:

___1___ Count(s) of <u>Criminal violation of unlawful discharge</u> of warfare agents into a human's food supply.

**<u>Not even the President of the United States can exempt</u> compliance with sections 1316 and 1317** as affirmed under section 1323.

The below defined unlawful acts have been unlawfully occurring since July 1, 1973. The responsible corporate officer is charged criminal penalties as provided for under 1319(c)(3)(A) for each of the following:

___2___ Count(s) of <u>Criminal violation for unlawful discharge of chemical & biological warfare agents</u>, section 1311(a), and 1311(f); (1 count at the address above and 1 count at their individual home source of discharge)

___2___ Count(s) of <u>Criminal violation of national standard of performance to eliminate discharges</u>, section 1316(a), and 1316(e); (1 count at the address above and 1 count at their individual home source of discharge)

___2___ Count(s) of <u>Criminal violation of prohibition, effluent standard and pretreatment standards</u>, section 1317(b), and 1317(d). (1 count at the address above and 1 count at their individual home source of discharge)

## ADJUDICATION, ORDER, AND DECREE

On September 27th, 2013, a 25-member Independent Grand Jury of the people returned a unanimous True Bill Indictment against all **'responsible corporate officers'** who were convicted of criminal felony violation(s) of a strict liability of environmental law as defined under Title 33USC1319(c)(3)(A), to wit:

> Title 33USC1319(c) Criminal penalties, (3)Knowing endangerment, (A)General rule
> **Any person** who knowingly violates section 1311, ... 1316, 1317, ... of this title, ..., and who knows at that time that he thereby places another person in imminent danger of death or serious bodily injury, **shall, upon conviction**, be subject to a fine of not more than **$250,000** or **imprisonment of not more than 15 years**, or both.

The class and category of 'persons' criminally liability is **'responsible corporate officers'** to wit:

> Title 33USC1319(c) Criminal penalties
> (B)(6)**Responsible corporate officer** as **"person"**
> For the purpose of this subsection, the term **"person"** means, in addition to the definition contained in section 1362(5) of this title, any **responsible corporate officer.**

The convict is hereby charged criminal penalties for committing arrestable offenses against humanity. R.I.C.O. violations of 18USC1962 are punishable under 18USC1963. Treble damages apply.

The crimes you have been committing are defined at law as crimes against humanity, war crimes, genocide, and traitorous acts of treason committed by all **responsible corporate officers** with knowing intent to murder the people by toxic pollution, poisoning of water, body, mind, soul and spirit.

Felony convictions disqualify any person from holding any public office. All benefits shall be stripped.

Crimes against humanity carry up to a 30-year term in prison; or the penalty of death.

For over 48 years you have been operating in violation of Environmental Law and most specifically, Public Law 92-500, Sec. 2. Federal Water Pollution Control Act, Sec. 301, 306, and 307. Send payment of fine to Arrest Reward Processing Center, care of P.O. Box 1514, Kingsland, Texas 78639.

### UNIFORM CITIZEN'S ARREST REWARD IS ORDERED BY THE COURT

The Declaration of Independence established the duty of the citizens to take action, The Preamble of the Constitution and its Bill of Rights Amendment, Article II, ordained the Duty of the people to execute enforcement of law, and The Articles of Confederation for The United States of America, Article VIII, authorized the common treasury to cover all costs incurred to enforcement of law.

Environmental law is the law of the people to be complied with by all responsible corporate officers, and even more so, those responsible corporate officers operating in government positions of authority.

Accordingly, the court authorizes a $10,000.00 Arrest Reward be offered upon presentment of your booking documents, payable to any citizen or citizens who execute your arrest, no warrant required. $20,000.00 Arrest Reward if a member of a STATE BAR ASSOCIATION and holding/advising public office.

### UNIFORM CITIZEN'S ARREST IS DECREED BY THE COURT

Any person may arrest without warrant anyone who is, or whom he, with reasonable cause, suspects to be, in the act of committing an arrestable offence; and

Where an arrestable offence has been committed, any person may arrest without warrant anyone who is, or whom he, with reasonable cause, suspects to be guilty of the offence; and

A person may use such force as is reasonable in the circumstances in the prevention of crime, or in effecting or assisting in the lawful arrest of offenders or suspected offenders or of persons unlawfully discharging pollutants; and

Arrest by person without warrant: A person other than a constable may arrest without warrant (a)anyone who is in the act of committing an indictable offence; (b)anyone whom he has reasonable grounds for suspecting to be committing an indictable offence; and

Where an indictable offense has been committed, a person other than a constable may arrest without warrant - (a)anyone who is guilty of the offense; (b) anyone whom he has reasonable grounds for suspecting to be guilty of it.

It is so Ordered.
The Court.

Writ of Execution Ordered by High Court Tribunal

Seal of Court      Sandra Karen, Clerk of Court      Seal of Clerk

By:

Clerk / Deputy

Page 2 of 2